# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 5, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

159720

ESTATE OF DANIEL GEORGE TRUEBLOOD,
     Plaintiff-Appellee,

v

P & G APARTMENTS, LLC,
     Defendant-Appellant.

SC: 159720
COA: 340642
Wayne CC: 16-005626-NI

_____/

On order of the Court, the application for leave to appeal the March 12, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 5, 2020



Clerk

b0129